IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BETTY SUE TRAMEL | ) |
| | ) |
| v. | ) NO. 3:05-0480 |
| | ) JUDGE CAMPBELL |
| WAL-MART STORES EAST, LP | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 26), dated May 30, 2006, to which no objections have been filed. The Court has reviewed the Magistrate Judge's findings and the record.

The Magistrate Judge's Report and Recommendation (Docket No. 26) is ADOPTED and APPROVED. Accordingly, this action is dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. Fed. R. Civ. P. 41(b), 37(b)(2)(C) and (d), and 16(f).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE